**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Sharon Laws and James Carroll, Defendants,

Of whom Sharon Laws is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2016-000763

———————————

Appeal From Lexington County
Michelle M. Hurley, Family Court Judge

———————————

Unpublished Opinion No. 2016-UP-410
Submitted August 16, 2016 – Filed September 12, 2016

———————————

**AFFIRMED**

———————————

Anna Rawl Good, of Law Office of Anna Good, LLC, of Columbia, for Appellant.

Jordan Phillip Gibson, of West Columbia, for Respondent.

Robin Page, of Law Office of Robin Page, LLC, of Columbia, for the Guardian ad Litem.

_____

**PER CURIAM:**  Sharon Laws appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Laws' counsel.

**AFFIRMED.**[1]

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.